UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY HAYDEN,

        Plaintiff,

  vs.

AMERICAN FAMILY MUTUAL INSURANCE
COMPANY and
BRIAN THIEL.

        Defendants.

_____/

CASE NO: 2:10-cv-11184-PJD-RSW

JUDGE: Hon. Patrick J. Duggan

MAGISTRATE JUDGE:

STEVEN E. GOREN (P36581)
GOREN, GOREN & HARRIS, P.C.
Attorney for Plaintiff
30400 Telegraph Road, Suite 470
Bingham Farms, MI 48025-5818
(248) 540-3100
sgoren@gorenlaw.com

RONALD A. MOLTER (P25463)
Attorney for Defendant American Family
Mutual Insurance Company
8995 Quail Circle
Plymouth, MI 48170
(734) 454-9445
ramolter@sbcglobal.net

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the respective parties that pursuant to FRCP 41(a)(2) the above entitled matter be dismissed as to defendant American Family Mutual Insurance Company with prejudice and without costs.

/S/ STEVEN E. GOREN
_____
Attorney for Plaintiff

/S/ RONALD A. MOLTER
_____
Attorney for Defendant American Family
Mutual Insurance Company

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY HAYDEN,
    Plaintiff,

vs.

AMERICAN FAMILY MUTUAL INSURANCE
COMPANY and
BRIAN THIEL.
    Defendants.
    _____/

CASE NO: 2:10-cv-11184-PJD-RSW

JUDGE: Hon. Patrick J. Duggan

MAGISTRATE JUDGE:

## FINAL
## ORDER OF DISMISSAL WITH PREJUDICE

The parties having stipulated and agreed as stated above, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED that pursuant to FRCP 41(a)(2) the above entitled matter be dismissed as to defendant American Family Insurance Company with prejudice and without costs.

    s/Patrick J. Duggan
    Patrick J. Duggan
    United States District Judge

Dated: February 21, 2011February 21, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on February 21, 2011February 21, 2011, by electronic and/or ordinary mail.

    s/Marilyn Orem
    Case Manager